IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WANDA ALLEN                                                                                                PLAINTIFF
*on behalf of*
S.C.A.

v.                                            Civil No. 6:12-cv-06069

COMMISSIONER, SOCIAL                                                                         DEFENDANT
SECURITY ADMINISTRATION

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

On May 21, 2012, Plaintiff was ordered to pay a filing fee of $350.00 within twenty (20) days. ECF No. 4. Plaintiff was informed that failure to pay her filing fee would result in dismissal of her Complaint. *Id.* Plaintiff has failed to pay her filing fee. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred all pretrial matters to this Court for the purpose of making a report and recommendation. In accordance with that referral, this Court recommends Plaintiff's Complaint be dismissed for failure to pay the filing fee.

Plaintiff, commenced this action against Defendant, on May 16, 2012. ECF No. 1. On that same date, Plaintiff filed her Motion for Leave to Proceed *in forma pauperis*. ECF No. 2. On May 21, 2012, this Court denied Plaintiff's Motion for Leave to Proceed *in forma pauperis* and directed the Plaintiff to pay filing fee of $350.00 within twenty (20) days of the date of the order. *Id.* Plaintiff was informed that failure to pay her filing fee would result in dismissal of her Complaint. *Id.* More than twenty days has passed and Plaintiff has failed to pay the filing fee.

Accordingly, this Court recommends Plaintiff's Complaint be **DISMISSED** without prejudice based on Plaintiff's failure to pay the filing fee.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.  See  *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).**

**DATED** this **19th day of June 2012.**

                                                /s/ Barry A. Bryant
                                                HON. BARRY A. BRYANT
                                                U.S. MAGISTRATE JUDGE